FILED
GREAT FALLS

2008 MAY 22 AM 10 11

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT L. ALLERY,<br><br>               Petitioner,<br><br>vs.<br><br>MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>               Respondents. | No. CV-07-92-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on May 15, 2008. Plaintiff filed objections on May 20, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 5.

-1-

ORDERED:

1. The Petition[2] and Amended Petition[3] for Writ of Habeas Corpus are DENIED.

2. The Clerk of Court is directed to enter judgment accordingly.

3. A certificate of appealability is DENIED because Petitioner has failed to show that his federally protected rights have been violated.

DATED this 22nd day of May, 2008.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.

[3] Docket No. 4.